AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

*****      DISTRICT OF___NEVADA___

JON HERNANDEZ,

        Petitioner,          **JUDGMENT IN A CIVIL CASE**

  V.

         CASE NUMBER: **3:11-CV-00638-RCJ-WGC**

LANCE S. WILSON, et al.,

        Respondents.

___      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___      **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**_X_**      **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

        **IT IS ORDERED AND ADJUDGED** that petitioner's motion (#4) seeking to pay a $5.00 filing fee is **DENIED** given that the proper filing fee for this action, properly construed as seeking to avoid the requirements applicable to civil rights actions, is $350.00.

        **IT IS FURTHER ORDERED** that this action is **DISMISSED** without prejudice and that this dismissal shall count as a "strike" for purposes of 28 U.S.C. § 1915(g).

        **IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**, as jurists of reason would not find the dismissal of this action to be either debatable or incorrect.

        **IT IS FURTHER ORDERED** that the Court certifies to the Court of Appeals pursuant to 28 U.S.C. 1915(a)(3) that any appeal taken – patently – is not taken in good faith.

   ___December 12, 2011___                **LANCE S. WILSON**
                                           Clerk

                                      ___D. R. Morgan___
                                      Deputy Clerk